Before STATE INDUSTRIAL BOARD, Respondent.

PHILIP NEGLEA (NEGLIA), Claimant, Respondent, *v.* G. A. ZIMMERMAN COR-
PORATION and Another, Appellants.

*Workmen's Compensation Law — loss of one foot and loss of use of other foot — when
award for permanent total disability should be allowed —* § 15, *subd.* 5, *not appli-
cable — payments under awards.*

Appeal from a decision and award of the State Industrial Board, made on
August 14, 1922.

PER CURIAM: The claimant has lost one foot and has lost the use of the other
foot. The loss of the use of a member is the equivalent to the loss of the member.
He is entitled, therefore, to the compensation as for a permanent total disability,
to wit, two-thirds of his average weekly wage. Subdivision 5 of section 15 of the
Workmen's Compensation Law* does not apply. The loss of a foot is within the
exception. But the award cannot cover the period for which compensation has
been paid under a prior award. The new award, therefore, should begin at the
time of the final payment under the former award. All concur. Award reversed,
and matter remitted to the State Industrial Board.

---

* See Workmen's Compensation Law of 1914, § 15, subd. 5, as amd. by Laws
of 1917, chap. 705. Since amd. by Laws of 1920, chap. 532; now Workmen's
Compensation Law of 1922, § 15, subd. 6.— [REP.